IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-cv-22113-COOKE/TORRES

NATHAN DAPEER, on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

NEUTROGENA CORP.,

        Defendant.

_____

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Nathan Dapeer and Defendant Neutrogena Corporation, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss with prejudice all claims asserted or which could have been asserted in this action against Defendant, with each party to bear his or its own costs and attorneys' fees in connection with this litigation. A proposed order is attached hereto.

Respectfully submitted this 1st day of March, 2016.

| | |
|---|---|
| /s/ Abigail M. Lyle | /s/ Jonathan M. Streisfeld |
| Samuel A. Danon, FBN 0892671 | Jeffrey M. Ostrow, FBN 121452 |
| Abigail M. Lyle, FBN 41384 | Jonathan M. Streisfeld, FBN 117447 |
| **HUNTON & WILLIAMS LLP** | Scott A. Edelsberg, FBN 100537 |
| 1111 Brickell Avenue, Suite 2500 | **KOPELOWITZ OSTROW P.A.** |
| Miami, Florida 33131 | 200 S.W. 1st Avenue, 12th Floor |
| Telephone: 305.810.2500 | Fort Lauderdale, FL 33301 |
| Facsimile: 305.810.2460 | Telephone: (954) 525-4100 |
| Email: sdanon or alyle@hunton.com | Facsimile: (954) 525-4300 |
| | Email: ostrow, streisfeld, or edelsberg@kolawyers.com |

-2-

Amy J. Laurendeau (admitted *pro hac vice*)
Richard B. Goetz (admitted *pro hac vice*)
Joseph O'Connor (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
610 Newport Center Dr., 17th Fl.
Newport Beach, CA 92660
Telephone: 949.760.9600
Facsimile: 949.823.6994
Email: alaurendeau, rgoetz, or
joconnor@omm.com

*Counsel for Defendant Neutrogena Corp.*

Hassan Zavareei (admitted *pro hac vice*)
Andrea Gold (admitted *pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei or agold@tzlegal.com

John Allen Yanchunis, Sr., FBN 324681
Rachel Lynn Soffin, FBN 18054
**MORGAN & MORGAN**
Complex Litigation Group
One Tampa City Center, 7th Floor
Tampa, FL 33609
Telephone: (813) 223-5505
Email: jyanchunis, rsoffin@forthepeople.com

*Counsel for Plaintiff Nathan Dapeer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel for Plaintiff via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Abigail M. Lyle
Abigail M. Lyle